**Order entered October 31, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00961-CV

**THE CITY OF BLUE RIDGE, Appellant**

**V.**

**FRANK RAPPOLD AND OLGA RAPPOLD, INDIVIDUALLY AND AS NEXT FRIEND OF K.R., A MINOR CHILD, AND OF F.R., JR., A MINOR CHILD, AND LINDA RAPPOLD, Appellees**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-05678-2017**

## ORDER

Before the Court is appellees' October 29, 2019 motion to extend time to file their response brief. We **GRANT** the motion and extend the time for appellees to file their response brief to December 2, 2019.

/s/     BILL WHITEHILL
         JUSTICE